IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN H. FINKE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV NO. 06-4080-JPG-CJP |
| | ) |
| **STONEBRIDGE LIFE INSURANCE CO.,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:** May 22, 2007

NORBERT JAWORSKI, CLERK

s/Brenda K. Lowe
Deputy Clerk


**APPROVED: s/ J. Phil Gilbert**
**U. S. DISTRICT JUDGE**